Yanique RAINFORD, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 199, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016
Decided: November 16, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. Nos. 1302000010 and 1301021343

AFFIRMED.

Jack SMART,[1] Respondent
Below–Appellant,

v.

Theresa SMART, Petitioner
Below–Appellee.

No. 325, 2016

Supreme Court of Delaware.

Submitted: September 23, 2016
Decided: November 16, 2016

Court Below—Family Court of the State of Delaware, in and for Kent County, File No. CK06–02786, Pet. No. 15–35798

AFFIRMED.

Izzy WHITEHURST, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

Nos. 202, 2016

Supreme Court of Delaware.

Submitted: September 9, 2016
Decided: November 16, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1110014096

AFFIRMED.

Gary PIERCE, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 350, 2016

Supreme Court of Delaware.

Submitted: September 27, 2016
Decided: November 16, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 0407019516

AFFIRMED.

1. The Court previously assigned pseudonyms to the parties.